UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES ANAQUAD KLEINERT,

      Plaintiff,

      v.                                      Civil Action No. 24-0934 (TSC)

BUREAU OF LAND MANAGEMENT,

      Defendant.

## JOINT STATUS REPORT

James Anaquad Kleinert ("Plaintiff") and the United States Bureau of Land Management ("Defendant"), through undersigned counsel, file this joint status report in accordance with the Court's May 3, 2024, Minute Order.

This is a case under the Freedom of Information Act, 5 U.S.C. § 552.

### 1.     Status of Plaintiff's FOIA Request

Defendant provided responsive records prior to the filing of this action, and Plaintiff seeks additional non-exempt responsive records for this FOIA request. The parties are in the early stages of conferring as to any agency follow-up actions, including whether there is a need for identifying additional searches and to further discuss the parties objections to withholdings for Plaintiff's September 9, 2022 FOIA request at issue in this action. The parties, by and through their undersigned counsel, are working to reduce and / or eliminate any contested issues.

### 2.     Anticipated number of documents responsive to Plaintiff's FOIA Request

Defendant BLM has produced 25 pages of responsive records to date to Plaintff for the FOIA request at issue.  The parties are conferring as to whether there may be any additional nonexempt responsive records.

**3.      Anticipated date(s) for release of the documents requested by Plaintiff**

See above. Defendant produced responsive records on January 19, 2023, and April 11,

2023.  The parties have not yet reached agreement as to whether the agency will be completing

any additional searches and releases at this time.

**4.      Whether a motion for an Open America stay is likely in this case**

A motion for an *Open American* stay is unnecessary.

**5.      Whether a *Vaughn* index will be required in this case**

A *Vaughn* index may be required. The parties have not yet determined when a *Vaughn*

index should be prepared in this action, but agree that it may be helpful to identify the basis for the

agency's search and withholding actions.

**6.      Whether and when either party anticipates filing a dispositive motion**

The parties respectfully request that the Court not set a summary judgment briefing

schedule at this time, and instead allow the parties more time to try to work together to addresss

the remaining issues in this action, without the Court's involvement.

**7.      Any other pertinent issues**

The parties respectfully request that they be allowed to file another joint status report.

Plaintiff would like to set the next joint status report for 30 days. Defendant would like to set the

next joint status report for 60 days.

Date:   June 14, 2024                           Respectfully submitted,

*/s/Maya Kane*                                  MATTHEW M. GRAVES, D.C. Bar # 481052
SOUTHWEST WATER AND                             United States Attorney
PROPERTY LAW LLC,
D.D.C. Bar # CO0089                             BRIAN P. HUDAK
10 Town Square, No. 422                         Chief, Civil Division
Durango, CO 81301
(970) 946-5419                                  By:        */s/ Sam Escher*
mkane@swpropertylaw.com                                    SAM ESCHER, D.C. Bar # 1655538
                                                           Assistant United States Attorney
*Attorney for Plaintiff*                                   601 D Street, N.W.
                                                           Washington, D.C. 20530
                                                           (202) 252-2531
                                                           Sam.Escher@usdoj.gov

                                                *Attorneys for United States of America*

3