UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ANAQUAD KLEINERT, <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Civil Action No. 24-0934 (TSC) |

## JOINT STATUS REPORT

James Anaquad Kleinert ("Plaintiff") and the United States Bureau of Land Management ("Defendant"), through undersigned counsel, file this joint status report in accordance with the Court's June 14, 2024, Minute Order.

This is a case under the Freedom of Information Act, 5 U.S.C. § 552. Defendant has produced 25 pages of responsive records to date. The parties are conferring as to remaining substantive issues in this litigation, including agency follow-up actions, additional searches, and to further discuss the parties' objections to withholdings for Plaintiff's September 9, 2022 FOIA request. Defendant is planning on drafting a declaration, which it will provide to Plaintiff by Friday, September 27, 2024, detailing what it has done to process Plaintiff's request.

The parties will file another joint status report by Wednesday, October 16, 2024, in accordance with the Court's June 14, 2024, Minute Order.

\*   \*   \*

| | |
|---|---|
| Date: August 7, 2024 | Respectfully submitted, |
| */s/ Maya Kane* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| SOUTHWEST WATER AND PROPERTY LAW LLC, | United States Attorney |
| D.D.C. Bar # CO0089 | BRIAN P. HUDAK |
| 10 Town Square, No. 422 | Chief, Civil Division |
| Durango, CO 81301 | |
| (970) 946-5419 | By:      */s/ Sam Escher* |
| mkane@swpropertylaw.com | SAM ESCHER, D.C. Bar # 1655538 |
| | Assistant United States Attorney |
| *Attorney for Plaintiff* | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| | |
| | *Attorneys for United States of America* |