UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ANAQUAD KLEINERT,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | Civil Action No. 24-0934 (TSC) |

## JOINT STATUS REPORT

James Anaquad Kleinert ("Plaintiff") and the United States Bureau of Land Management ("Defendant"), through undersigned counsel, file this joint status report in accordance with the Court's June 14, 2024, Minute Order.

This is a case under the Freedom of Information Act, 5 U.S.C. § 552. Defendant has produced 39 pages of responsive records to date. On December 5, 2024, Plaintiff provided Defendant with a request for fees, which Defendant is reviewing. The parties therefore request additional time to meet and confer regarding Plaintiff's request for fees.

The parties will file another joint status report by Wednesday, February 19, 2025, in accordance with the Court's June 14, 2024, Minute Order.

\*   \*   \*

| | |
|---|---|
| Date: December 17, 2024 | Respectfully submitted, |
| | |
| */s/ Maya Kane* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| SOUTHWEST WATER AND | United States Attorney |
| PROPERTY LAW LLC, | |
| D.D.C. Bar # CO0089 | BRIAN P. HUDAK |
| 10 Town Square, No. 422 | Chief, Civil Division |
| Durango, CO 81301 | |
| (970) 946-5419 | By:      */s/ Sam Escher* |
| mkane@swpropertylaw.com | SAM ESCHER, D.C. Bar # 1655538 |
| | Assistant United States Attorney |
| *Attorney for Plaintiff* | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| | |
| | *Attorneys for United States of America* |

2